UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| JEFF L. SCHOLTEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:18-cv-919 |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | Honorable Phillip J. Green |
| Defendant. | ) ) ) | |
| _____ | ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this date:

**IT IS HERBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated: April 3, 2019        /s/ Phillip J. Green
                            PHILLIP J. GREEN
                            United States Magistrate Judge